On respondent's reconsideration filed May 26, reconsideration allowed, former opinion (62 Or App 698, 662 P2d 760) modified June 29, petition for review denied October 4, 1983 (295 Or 730)

BENASSI,
*Respondent,*
*v.*
GEORGIA-PACIFIC,
*Appellant.*

(A7910-04736; CA A21694)

662 P2d 760

William K. Shepherd, David W. Heynderickx and Shepherd & Heynderickx, Portland, for petition.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

BUTTLER, P. J.

## BUTTLER, P. J.

In our original opinion in this case, we reversed a judgment for plaintiff and remanded the case for a new trial on plaintiff's defamation claim. The only issues raised or discussed by either party related to that claim. In his petition, plaintiff points out, correctly, that he also prevailed on a wage claim for $4,429.90, plus $4,000 attorney fees on that claim, and that our mandate should have affirmed that portion of the judgment. He is correct.

The following portions of the judgment are affirmed:

"IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED that the plaintiff have and recover of and from the defendant judgment in the sum of $4,429.90, together with interest thereon at the rate of 9% per annum from May 31, 1979 until paid.

"* * * * *

"IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED that the plaintiff have and recover of and from the defendant judgment in the sum of $4,000 on account of plaintiff's attorneys fees on his first claim for relief."

Petition for reconsideration granted; former opinion modified, and, as so modified, adhered to.